FILED
2022 JUN 27 AM 10: 49

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO. 22-05259                                   DIVISION "C"

### TED WILLIAMS

VS.

### OLD REPUBLIC INSURANCE COMPANY, MARIO BRIGGS, AND THE YERBA MATE CO., LLC

FILED: _____                    _____
                                                      DEPUTY CLERK

### PETITION FOR DAMAGES

The Petition of **TED WILLIAMS**, a person of the full age of majority and resident of the Parish of St. Tammany, State of Louisiana, respectfully represents:

I.

Made defendants herein are:

**OLD REPUBLIC INSURANCE COMPANY**, a foreign insurance company authorized to do and doing business in the State of Louisiana;

**MARIO BRIGGS**, a person of the full age of majority and a resident of the County of Shelby, State of Tennessee; and

**THE YERBA MATE CO., LLC**, a foreign company authorized to do and doing business in the State of Louisiana

II.

Defendants herein are jointly and *in solido* liable and indebted unto Petitioner for such damages as are reasonable in the premises, including past and future physical pain and suffering, past and future mental pain and suffering, past and future loss of enjoyment of life, disability to the body, past and future medical expenses, loss of past and future earnings, loss of future earning capacity, loss of consortium, rental expenses, property damage, and loss of use and/or depreciation of vehicle together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings, for the following to-wit:


EXHIBIT A

III.

On or about **July 29, 2021**, an accident occurred at or near the 1100 Block of Antonine Street in the Parish of Orleans, State of Louisiana, wherein the vehicle owned by **THE YERBA MATE CO., LLC** and operated by **MARIO BRIGGS**, side swiped the front driver side of the vehicle owned by PATHOLOGY RESOURCE NETWORK and operated by **TED WILLIAMS**.

IV.

The sole and proximate cause of the above-referenced accident was the negligence and fault of the defendant, **MARIO BRIGGS**, which is attributed to, but not limited to, the following non-exclusive particulars:

a) Improper lane usage;
b) Failure to see what he should have seen;
c) Failure to keep a good and careful lookout;
d) Failure to maintain a safe distance from other vehicles;
e) Operating his vehicle in a careless and reckless manner without regard for the safety of others;
f) Failure to maintain reasonable and proper control of the vehicle which he was operating;
g) Failure to follow the customary rules of the road of the State of Louisiana, which rules are specifically pled herein as though copied *in extenso;* and
h) Any and all other acts of negligence which may be proven at the trial of this matter.

V.

As a result of the subject accident and negligence of the above-referenced defendant, **MARIO BRIGGS**, Petitioner, **TED WILLIAMS** was injured and is entitled to recover such damages as are reasonable in the premises.

VI.

Upon information and belief, it is alleged that at all times material hereto, that **MARIO BRIGGS** was in the course and scope of employment for and/or on a mission and/or errand for **THE YERBA MATE CO., LLC** on the date of this accident, thus rendering said defendant, **THE YERBA MATE CO., LLC** vicariously liable unto Petitioner with the other named defendants.

VII.

Upon information and belief, it is alleged that at all times material hereto, including but not limited to the date of the subject accident defendant, **OLD REPUBLIC INSURANCE COMPANY**, provided a policy of automobile liability insurance on the vehicle owned by **THE YERBA MATE CO., LLC** and operated by **MARIO BRIGGS**, and said policy provided coverage for the type of loss sued upon herein, thus rendering the defendant, **OLD REPUBLIC INSURANCE COMPANY**, liable unto Petitioner with the other named defendants.

**WHEREFORE,** Petitioner prays that defendants be duly cited and served with a copy of this Petition and, after all due proceedings are had, there be a judgment rendered herein in favor of Petitioner and against the defendants, **OLD REPUBLIC INSURANCE COMPANY, MARIO BRIGGS, AND THE YERBA MATE CO., LLC,** jointly and *in solido* in amounts as are reasonable in the premises, including past and future physical pain and suffering, past and future mental pain and suffering, past and future loss of enjoyment of life, disability to the body, past and future medical expenses, loss of past and future earnings, loss of future earning capacity, loss of consortium, rental expenses, property damage, and loss of use and/or depreciation of vehicle together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings.

Petitioner further prays for all general and equitable relief as the Court deems fit.

Respectfully submitted,

LAW OFFICES OF EDWARD J. WOMAC, JR. & ASSOCIATES, LLC

EDWARD J. WOMAC, JR. #02195
JERRY LASSALLE #36545
3501 Canal Street
New Orleans, LA 70119
Telephone No. (504) 486-9999
Facsimile No. (504) 488-4178
jlassalle@edwardwomac.com

**PLEASE SERVE:**

**OLD REPUBLIC INSURANCE COMPANY**
Through Its Registered Agent for Service of Process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

**MARIO BRIGGS**
Through the Louisiana Long-Arm Statute
743 Lane Street
Memphis, TN 38105

**THE YERBA MATE CO., LLC**
Through the Louisiana Long-Arm Statute
C T Corporation System
1200 S. Pine Island Dr.
Plantation, FL 33324

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA